**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

Northland Insurance,

Plaintiff,

v.

Patrick Blaylock,

Defendant.

Court File No.: 00-CV-308 DSD/JMM

**STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE ANSWER**

---

**STIPULATION**

Plaintiff, Northland Insurance, and Defendant Patrick Blaylock, by and through their undersigned counsel, hereby stipulate and agree that the date by which Defendant must file and serve his Answer to Plaintiff's Complaint shall be extended to March 14, 2000.

Dated: March 1, 2000

RIDER, BENNETT, EGAN &
ARUNDEL, LLP

By: ______________________
Michael J. McGuire
Atty. Reg. No. 230443
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
(612) 340-7978

ATTORNEYS FOR PLAINTIFF
NORTHLAND INSURANCE

FILED MAR 02 2000
CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Dated: March 1, 2000

SALITERMAN & SIEFFERMAN, P.C.

By: [signature]

Paul A. Ledford
Atty. Reg. No. 264325
pledford@saliterman-law.com
Richard A. Salilterman
Atty. Reg. No. 95266
1000 Northstar Center East
608 Second Avenue South
Minneapolis, MN 55402
(612) 339-1400

ATTORNEYS FOR DEFENDANT
PATRICK BLAYLOCK

**ORDER**

Based upon the above stipulation of the parties and upon all of the files, records, and proceedings herein,

IT IS HEREBY ORDERED THAT the date by which Defendant must serve and file his Answer to Plaintiff's Complaint is extended to March 14, 2000.

Dated: 3/2/00, 2000.

John M. Mason
United States Magistrate Judge