UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-308(DSD/JMM)

Northland Insurance Companies,

Plaintiff,

v.

**ORDER OF REFERENCE**

Patrick Blaylock,

Defendant.

**IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(B) that United States Magistrate Judge John M. Mason is designated to conduct hearings and submit proposed findings of fact and recommendations of law on defendant's motion to dismiss and motion for default judgment in this matter. Any such motions shall be heard before Magistrate Judge John M. Mason.

Dated: June 30, 2000

David S. Doty, Judge
United States District Court

FILED 6-30-00
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______