UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NORTHLAND INSURANCE COMPANIES, CIVIL NO. 00-308 (DSD/JMM)

Plaintiff,

v. ORDER/NOTICE OF HEARING

PATRICK BLAYLOCK,

Defendant.

By Order dated June 30, 2000 [Docket No. 9], U.S. District Judge David S. Doty has referred Defendant's Motion to Dismiss [Docket No. 5] and Plaintiff's Motion for Default Judgment [Docket No. 8] to the undersigned for a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B).

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. All Motion papers in support of each motion shall be delivered and filed no later than July 19, 2000;

2. All Responsive pleadings shall be delivered and filed no later than August 2, 2000;

3. Any Reply shall be delivered and filed no later than August 9, 2000;

4. Oral argument on motions will be heard before the undersigned on August 14, 2000 at 10:00 a.m. in Courtroom 628B, Federal Courts Building, 316 North Robert Street, St. Paul, Minnesota.

Dated: July 5, 2000

JOHN M. MASON
United States Magistrate Judge

FILED JUL 06 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD___________
DEPUTY CLERK___________