UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-308(DSD/JMM)

Northland Insurance Companies,

Plaintiff,

v. **ORDER**

Patrick Blaylock,

Defendant.

**IT IS HEREBY ORDERED** that the order of reference (Docket No. 9) and order/notice of hearing (Docket No. 10) in the above-entitled matter are hereby vacated.

Dated: July 17, 2000

David S. Doty, Judge
United States District Court

FILED 7-17-00
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______