**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Northland Insurance Company,

Plaintiff,

vs.

Patrick Blaylock,

Defendant.

DSD/JMM
Case No. 00-CV-308

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ON THE MERITS**

---

The parties hereby stipulate and agree that the above-entitled matter is hereby dismissed on the merits, with prejudice, but without costs to either party.

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By [signature]
John B. Lunseth II (65341)
Raphael T. Wallander (297628)
Attorneys for Plaintiff Northland Insurance Company
333 South Seventh Street, Suite 2000
Minneapolis, Minnesota 55402
(612) 340-7926/335-3882

DATED: 1-26, 2001

SALITERMAN & SIEFFERMAN, P.C.

By [signature]
Floyd E. Siefferman, Jr. (#147576)
Attorneys for Defendant Patrick Blaylock
608 Second Avenue South, #1000
Minneapolis, Minnesota 55402-1917
(612) 339-1400

DATED: 24 January, 2001

FILED 1-29-01
FRANCIS E. DOSAL, CLERK
JUDGMENT ENT'D 1-29-01
DEPUTY CLERK

**ORDER**

Pursuant to the Stipulation above, a judgment of dismissal on the merits and with prejudice shall be entered by the Court without any award of costs.

BY THE COURT:

DATED: January 29, 2000

The Honorable David S. Doty
Judge of District Court

**JUDGMENT**

Judgment of dismissal on the merits and with prejudice has been entered this ______ day of ______________, 2000.

Clerk of District Court